IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

MILDRED ISABEL, CHARLES and EVALINA
BLACK and ELIZABETH GATE on behalf of
themselves and all similarly situated persons,

                  Plaintiffs,

v.

VELSICOL CHEMICAL COMPANY, an
Illinois corporation

                  Defendant.

Case No. 04-2297-DV

**JURY TRIAL DEMANDED**

**(Hon. Judge Bernice B. Donald)**

## [PROPOSED] ORDER GRANTING WATSON BURNS, PLLC'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THE PUTATIVE CLASS

Considering the Motion of Watson Burns, PLLC for leave to withdraw as counsel for the named plaintiffs and all putative class members, the Court find the Motion well taken and hereby grants same. Watson Burns, PLLC, William F. Burns, and Frank L. Watson, III are hereby discharged as counsel in this litigation and relieved of any further obligation and/or duty to the named plaintiffs and/or all putative class members or any class that is or may be certified hereafter.

_____
U.S. ~~DISTRICT~~ Magistrate JUDGE
Dated: October 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02297 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Gary C. Shockley
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT