UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 PM 2: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MILDRED ISABEL, CHARLES and EVALINA BLACK and ELIZABETH GATE on behalf of themselves and all similarly situated persons, )<br><br>Plaintiffs, )<br><br>v. )<br><br>VELSICOL CHEMICAL COMPANY, an Illinois Corporation, )<br><br>Defendant. ) | Civil Action No. 04-2297-DV |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant Velsicol Chemical Corporation has filed a Motion seeking an extension of time to respond to Plaintiffs' Motion for Class Certification. Having considered the parties' briefs and the record in this cause, the Court finds that Defendant's Motion is well-taken and should be granted.

It is ORDERED that Defendant's preliminary response to Plaintiff's Motion for Class Certification is due on November 18, 2005, which is fifteen (15) days in addition to the time set forth in Local Rule 7.2(a)(2) for responses to motions.

It is further ORDERED that Defendant may file a supplemental response to Plaintiff's Motion for Class Certification no later than February 20, 2006, which is thirty (30) days after the close of the three-month period for class certification discovery.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/3/05

M KLR 909367 v1
2830387-000029 10/26/05

34

It is so ORDERED on this 1st day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

M KLR 909367 v1
2830387-000029 10/26/05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02297 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Gary C. Shockley
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT