**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

*FILED BY ___ D.C.*
*05 NOV 28 PM 4: 42*
*THOMAS M. GOULD*
*CLERK, U.S. DISTRICT COURT*
*W/D OF TN, MEMPHIS*

| | |
|---|---|
| MILDRED ISABEL, CHARLES and EVALINA BLACK and ELIZABETH GATE on behalf of themselves and all similarly situated persons, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-2297-DV |
| VELSICOL CHEMICAL COMPANY, an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFFS TO RESPOND TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Velsicol Chemical Corporation has filed a Motion to Compel Plaintiffs to Respond to First Request for Production of Documents. Having considered the Motion and the record in this cause, the Court finds that Defendant's Motion is well taken and should be granted. *The plaintiffs have not responded to the motion, and the time for response has expired.*

It is ORDERED that Defendant's Motion to Compel is hereby granted and Plaintiffs shall have ten (10) days from the entry of this Order to respond to Defendant's First Request for Production of Documents.

It is so ORDERED on this *28th* day of *November*, 2005.

*Diane K. Vescovo*
UNITED STATES ~~DISTRICT~~ JUDGE
*MAGISTRATE*

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on *11-29-05*

*36*

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02297 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary C. Shockley
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT